THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LISA BRISTER, :
      Plaintiff :
  v. : 3:22-CV-2047
    : (JUDGE MARIANI)
EMPLOYMENT OPPORTUNITY & :
TRAINING CENTER OF :
NORTHEASTERN PENNSYLVANIA :
INC., d/b/a OUTREACH CENTER FOR :
COMMUNITY RESOURCES, RENEE :
ARLEDGE, LIZ RATCHFORD, :
and LINDA CIAMPI, :
    :
      Defendants. :

## ORDER

AND NOW, THIS 10th DAY OF JULY 2023, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. 8) and all documents relevant to such motion, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss is **DENIED** with respect to Counts I and II.

2. Defendant's Motion to Dismiss is **GRANTED** with respect to Counts III and IV.

_____
Robert D. Mariani
United States District Judge